# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

YARDLEY SPRING, INC., : No. 538 MAL 2015
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
v. :
:
:
WRIGHTSTOWN TOWNSHIP ZONING :
HEARING BOARD, :
:
Respondent :
:
WRIGHTSTOWN TOWNSHIP BOARD OF :
SUPERVISORS, :
:
Intervenor :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.